**FOURTH DIVISION**
**MIKELL, P. J.,**
**ADAMS and BOGGS, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed. (Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008) http://www.gaappeals.us/rules/

**August 23, 2012**

# In the Court of Appeals of Georgia

A10A1611, A10A1612. TIMBERRIDGE PRESBYTERIAN CHURCH, INC. v. PRESBYTERY OF GREATER ATLANTA, INC. (Two Cases).

BOGGS, Judge.

In *Presbytery of Greater Atlanta, Inc. v. Timberridge Presbyterian Church, Inc.*, ___ Ga. ___ (Case No. S11G0587, decided November 21, 2011), the Supreme Court reversed the judgment of this court in *Timberridge Presbyterian Church v. Presbytery of Greater Atlanta*, 307 Ga. App. 191 (705 SE2d 262) (2010). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Mikell, P.J., and Adams, J., concur.*